UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
STALKANDER SHIPPING LTD.,                          :
                                                   :
                           Plaintiff,              :        08 Civ. 4484 (RJH)
                                                   :
        - against -                                :        ECF CASE
                                                   :
FEDCOMINVEST MONACO S.A.M. and                     :
FEDCOMCHART SA,                                    :
                                                   :
                           Defendants.             :
-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08
```

## ORDER TO UNSEAL CASE

This Court ordered on May 14, 2008, pursuant to Plaintiff's motion that this case be

temporarily sealed. Upon application of the Plaintiff, if is now hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically

on the Court's ECF system.

Dated: New York, NY
       May 28, 2008


                                        SO ORDERED

                                        _____
                                        Hon. Richard J. Holwell
                                        United States District Judge