UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
STALKANDER SHIPPING LTD.,                :
                                         :
                    Plaintiff,           :        08 Civ. _____
                                         :
     - against -                         :        ECF CASE
                                         :
FEDCOMINVEST MONACO S.A.M. and           :
FEDCOMCHART SA,                          :
                                         :
                    Defendants.          :
------------------------------------------------------------------X

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: May 14, 2008
       Southport, CT

The Plaintiff,
STALKANDER SHIPPING LTD.

By: _____
Patrick F. Lennon
Nancy R. Peterson
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
pfl@lenmur.com
nrp@lenmur.com